UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>                    Plaintiff,<br><br>         v.<br><br>JOSHUA REGAN,<br><br>                    Defendant. | CASE NO. 25-105<br><br>**DETENTION ORDER** |

The Court has conducted a detention hearing under 18 U.S.C. § 3142(f), and concludes there are no conditions which the defendant can meet which would reasonably assure the defendant's appearance as required or the safety of any other person and the community.

**FINDINGS OF FACT AND STATEMENT OF REASONS FOR DETENTION**

Defendant is charged with unlawful possession of a firearm. He has a prior conviction for a drug offense for which he was sent to prison. Despite this, it is alleged that he was in possession of a half-kilo of a substance testing positive for methamphetamine, and in possession of nine firearms including AR-type weapons and a shotgun. He has had 600 rounds of armor piercing and explosive ammunition. Defendant has several past criminal matters in which warrants were issued for failing to appear. He was in possession of the passports of other individuals. The allegations he faces, and his past history establish he is both a danger to the community and a risk of flight.

DETENTION ORDER - 1

It is therefore **ORDERED**:

(1) Defendant shall be detained pending trial and committed to the custody of the Attorney General for confinement in a correctional facility separate, to the extent practicable, from persons awaiting or serving sentences, or being held in custody pending appeal;

(2) Defendant shall be afforded reasonable opportunity for private consultation with counsel;

(3) On order of a court of the United States or on request of an attorney for the Government, the person in charge of the correctional facility in which Defendant is confined shall deliver the defendant to a United States Marshal for the purpose of an appearance in connection with a court proceeding; and

(4) The Clerk shall provide copies of this order to all counsel, the United States Marshal, and to the United States Probation and Pretrial Services Officer.

DATED this 24th day of March, 2025.

_____
BRIAN A. TSUCHIDA
United States Magistrate Judge

DETENTION ORDER - 2